[No. 37157-0-II.  Division Two.  November 12, 2008.]

MULTICARE HEALTH SYSTEM, *Appellant*, v. THE DEPARTMENT OF HEALTH ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-2-00433-2, Christine A. Pomeroy, J., entered November 29, 2007. *Reversed in part* and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 37370-0-II.  Division Two.  November 12, 2008.]

ALLSTATE INSURANCE COMPANY, *Respondent*, v. NICHOLAS WAYNE THORNTON ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-2-04699-6, John F. Nichols, J., entered February 8, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, C.J.; Quinn-Brintnall, J., concurring separately.

[No. 25844-1-III.  Division Three.  November 13, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER LAWRENCE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-1-00981-4, Carrie L. Runge, J., entered January 11, 2007. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Brown, J.